AO91 (Rev. 8/01) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

Laredo Division

UNITED STATES OF AMERICA
V.
Ivan RODRIGUEZ
Laredo, Texas

**CRIMINAL COMPLAINT**

Case Number: 5:14-mj 1035-1

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 1, 2014** (Date) in **Webb** County, in the **Southern** District of **Texas**, **Ivan RODRIGUEZ** defendant(s),

> a United States Citizen, did unlawfully transport Mexican nationals Guillermo SANCHEZ-Juarez and Juan BARRAGAN-Hernandez along with nine (9) other undocumented aliens by means of a motor vehicle within the Southern District of Texas, knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported, moved or attempted to move said aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law.

in violation of Title **8** United States Code, Section(s) **1324**

I further state that I am a(n) **Taskforce Officer / Homeland Security Investigations** (Official Title) and that this complaint is based on the following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

**Manuel Rodriguez**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**August 4, 2014** at **Laredo, Texas**
Date                                      City and State

**J. Scott Hacker**
U.S. Magistrate Judge
Name and Title of Judicial Officer             Signature of Judicial Officer

United States of America                                                                                      Page 2

vs

Ivan RODRIGUEZ

**[CONT OF BASIS OF COMPLAINT]**

On July 31, 2014, at approximately 5:30 a.m., Freer Border Patrol agents (BPAs) were responding to sensor activity located within the Catorce Ranch, in Webb County Texas. Freer BPAs arrived in the area approximately an hour later and search the immediate area. BPAs located a 2000 Chevrolet ( ███████████ ) that was wrecked and inside a ditch within the ranch. The vehicle was inoperable and agents were unable to move it out of the ditch. Agents searched the truck and found the back seat was taken out and noticed empty water bottles, dirty clothing and blood stains within the front and back seat of the pick-up truck.

The pickup truck was traveling on a well-known pipeline and following electricity high lines that would eventually lead to Highway 44. This is a typical scenario of vehicles being used in the area to transport undocumented aliens to avoid detection from law enforcement. This practice helps vehicles blend in with local ranch and/or oil field traffic in the area.

BPAs believed that the pick-up truck was used to transport undocumented aliens and began searching the area by tracking the footprints leaving the wrecked truck. BPAs were able to apprehend 11 subjects within the immediate area and performed an immigration inspection on all 11 subjects. All subjects admitted to being illegally present in the United States without any legal paperwork. BPAs interviewed the 11 subjects regarding if they were passengers of the wrecked pickup truck. The 11 undocumented aliens admitted to be passengers of the wrecked pickup truck. Subjects stated that they were traveling approximately 30-35 mph on a dirt road and suddenly crashed into a ditch were they all claimed to have sustained their injuries.

A total of 6 UDAs needed or requested medical attention. They were treated at local hospitals and released around 7:30 p.m. on July 31, 2014.

On August 1, 2014, Laredo North (LRN) BPAs received call from the MG Ranch located off of Callaghan Road approximately 40 miles from Freer, Texas. The rancher from the MG Ranch stated that he had a subject (later identified as Ivan RODRIGUEZ - USC) on his ranch that was requesting assistance. LRN Agents were able to make contact with the subject and interviewed him at the MG Ranch. RODRIGUEZ stated to the agents that he was a United States Citizen form Laredo, Texas, and that he was the driver of the pick-up truck that was wrecked along the electricity high lines. LRN Agents transported Ivan Rodriguez to the Freer Checkpoint station for further questioning.

At the Freer Checkpoint, RODRIGUEZ declined medical attention and signed a waiver not requesting hospital treatment. Homeland Security Investigations (HSI) Special Agents (SAs) and Taskforce Officers (TFOs) advised Ivan Rodriguez of his Miranda rights. RODRIGUEZ stated to SAs and TFOs that he was driving the pickup truck that was involved in the accident and that he did it due to his economic situation. RODRIGUEZ admitted that he was going to get pay $5,500 for driving the UDAs through the ranch and to Highway 44, where he was to wait for further instructions.

Material witness Juan BARRAGAN-Hernandez was able to identify Ivan RODRIGUEZ as the driver of the pickup truck he was being smuggled in.

Laredo HSI charged Ivan Rodriguez with 8 USC 1324 Alien Smuggling and transported him to Webb County Jail pending his appearance before Magistrate Judge.